UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 11-143 |
| MARLON JENERRO GREEN | SECTION "B" |

## ORDER AND REASONS

Before the Court is the government's motion for authorization to involuntarily medicate defendant Marlon Green with psychotropic medications in order to restore his competency to proceed to trial. Considering the testimony of Dr. Robert Lucking, an expert in the field of psychiatry, the factors articulated by the Supreme Court in *Sell v. United States*, 539 U.S. 166 (2003), and the reasons set forth herein,

**THE COURT SPECIFICALLY FINDS** that defendant Green is charged with a serious offense–sending a communication through interstate commerce threatening to kill personnel of the Veteran's Administration (VA) in violation of 18 U.S.C. §875(c). The maximum penalty he faces is up to five years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment. The need to bring the defendant to trial to face this charge is an important government interest.

**THE COURT FURTHER SPECIFICALLY FINDS** that involuntarily medicating defendant Green will significantly further the government's interests. The Court adopts the treatment plan recommended by Dr. Lucking which is outlined in his report dated

March 21, 2012. The Court finds that the administration of psychotropic drugs is substantially likely to render the defendant competent to stand trial. The use of the recommended medications such as haloperidol can produce beneficial effects that can decrease the defendant's psychotic symptoms which currently render him incompetent to stand trial. Additionally, treatment with antipsychotic medication is substantially unlikely to produce side-effects which would interfere with the defendant's ability to assist his attorney.

**THE COURT FURTHER SPECIFICALLY FINDS** that there are no alternative, less intrusive treatments that are likely to substantially achieve the same results as the antipsychotic drugs. The defendant's symptoms are unlikely to improve unless the defendant is administered this medication.

**THE COURT FURTHER SPECIFICALLY FINDS** that, considering the benefits and potential side effects, administration of the recommended drugs is medically appropriate.

**ACCORDINGLY, IT IS ORDERED** that Green's commitment pursuant to 18 U.S.C. §421(d)(2)(A) is continued and he shall be involuntarily medicated in an attempt to render him competent to stand trial.

**IT IS FURTHER ORDERED** that Green shall remain confined at Butner Federal Medical Center (FMC) for four (4) months, or a lesser period if it is reasonably sufficient to restore him to competency. Additionally, Dr. Lucking is directed to provide the

2

Court monthly updates regarding the defendant's treatment, including information regarding any side effects or changes to the medication. At the end of the four month period, or when Green's competency is restored, if that occurs in less than four months, a certificate and report shall be filed with the Court detailing the results of the treatment. The report should also include a proposed plan for continued medication and monitoring if and when Green is returned to this District.

New Orleans, Louisiana, this 31st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE