U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUN 2 6 2013
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-143 |
| v. | * | SECTION: "B" |
| MARLON JENERRO GREEN | * | |
| | * * * | |

### ORDER

Considering the foregoing Motion by the United States, and the defendant's timely acceptance of responsibility;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1.

New Orleans, Louisiana, this 26th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____